# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:05-cv-08472-JFW-AJW
### Internal Use Only

06 Civ 3044

| | |
|---|---|
| Jeffrey T Ponting et al v. Sony BMG Music Entertainment LLC et al<br>Assigned to: Judge John F. Walter<br>Referred to: Magistrate Judge Andrew J. Wistrich<br>Demand: $5,000,000,000<br>Cause: 28:1332 Diversity-Personal Injury | Date Filed: 12/02/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 360 P.I.: Other<br>Jurisdiction: Diversity |

## Plaintiff

**Jeffrey T Ponting**
*on behalf of himself and all others similarly situated*

represented by **Douglas A Linde**
Linde Law Firm
2029 Century Park East, Suite 1360
Los Angeles, CA 90067
310-203-9555
Email: dal@lindelaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica L Allen**
Linde Law Firm
2029 Century Park East, Suite 1360
Los Angeles, CA 90067
US
310-203-9555
Email: ela@lindelaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



## Plaintiff

**Daniel D Linde**
*on behalf of himself and all others similarly situated*

represented by **Douglas A Linde**
(See above for address)
*LEAD ATTORNEY*

                                      **Erica L Allen**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sony BMG Music Entertainment LLC**

**Defendant**

**First4Internet Ltd**

**Defendant**

**Does**
1 through 20

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2005 | 1 | COMPLAINT against Defendants Sony BMG Music Entertainment LLC, First4Internet Ltd, Does 1 through 20. (Filing fee $ 250 PAID.) Jury Demand, filed by plaintiffs Jeffrey T Ponting, Daniel D Linde. (jp, ) (Entered: 12/07/2005) |
| 12/02/2005 |  | 20 DAY Summons Issued re Complaint - (Discovery)[1] as to Defendants Sony BMG Music Entertainment LLC, First4Internet Ltd, Does 1 through 20. (jp, ) (Entered: 12/07/2005) |
| 12/02/2005 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs Jeffrey T Ponting, Daniel D Linde. (jp, ) (Entered: 12/07/2005) |
| 12/02/2005 |  | FAX number for Attorneys Erica L Allen, Douglas A Linde is 310-652-9555. (jp, ) (Entered: 12/07/2005) |
| 12/05/2005 | 3 | STANDING ORDER by Judge John F. Walter ; READ THIS ORDER CAREFULLY, IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge John F Walter. Both the court and counsel bear respnsibility for the |

| | | |
|---|---|---|
| | | progress of litigation in federal court. (SEE DOCUMENT FOR DETAILS)(yc, ) (Entered: 12/07/2005) |
| 01/19/2006 | 6 | Certified Class Reprsentative MEMORANDUM of Points and Authorities in Support of motion to transfer. filed by plaintiff Daniel D Linde. (yc, ) (Entered: 01/25/2006) |
| 01/20/2006 | 7 | NOTICE of stay filed by defendant Sony BMG Music Entertainment LLC. (yc, ) (Entered: 01/27/2006) |
| 01/23/2006 | 4 | ORDER REMOVING CASE FROM ACTIVE CASELOAD by Judge John F. Walter IT IS HEREBY ORDERED that this actio is removed from the court' active caseload until further applicaton by the parties or order this court. This court retains jurisdiction over this action and this order shall not prejudice any party to this action. (Made JS-6. Case Terminated.)(yc, ) (Entered: 01/25/2006) |
| 01/23/2006 | 5 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge John F. Walter ORDERING Memo of P/S in support submitted by Plaintiff Daniel D Linde received on 1/19/2006 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(yc, ) (Entered: 01/25/2006) |
| 04/24/2006 | 8 | CONDITIONAL TRANSFER ORDER, from the judicial panel on Multidistrict Litigation MDL 1750, this action tranferred to USDC Southern District of New York, and with the consent of that court, assigned to Judge Naomi Reice. (yc, ) (Entered: 05/23/2006) |
| 05/23/2006 | | Transfer Out Transmittal Letter. A certified copy of the docket sheet and original file and copy of transfer letter sent to USDC Southern District of New York at Office of the clerk, 500 Pearl Street, New York on 5/23/2006. (yc, ) (Entered: 05/23/2006) |